HOWARD B. GROBSTEIN, TRUSTEE
7121 MAGNOLIA AVE
SUITE F
RIVERSIDE, CA 92504
Telephone:   (951)234-0951
Facsimile:    (951)684-2363
hbgtrustee@gtfas.com

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| In re:<br>AYON, MARISELA H<br><br><br><br>Debtor(s) | Case No.: 17-12056   WJ<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) [11 USC 341(a)]<br><br>Date: 05/24/17<br>Time: 9:00 AM |
|---|---|

COUNSEL: ZZ IN PRO PER ZZ
TO THE ABOVE NAMED DEBTOR(S):

    The continued meeting will be held in the United States Trustee Meeting Rooms at RM 103, 3801 University Ave., Riverside, CA 92501.

    The meeting was continued for the following reason:

    The 341(a) meeting previously scheduled in your matter was not completed for the reason stated below. You are further notified that in the event you do not comply at said time and place, your case may be dismissed by the United States Bankruptcy Court.  Reason for continuance:
        Amendments

Dated:   04/18/17         /s/ HOWARD B. GROBSTEIN, TRUSTEE
                                        HOWARD B. GROBSTEIN, TRUSTEE
                                        Chapter 7 Trustee

    I ceritfy that I served the within notice on the above debtor(s) and the debtor(s)' attorney, on 04/18/17.

                                  /s/ Wendi Carranza
                                  Trustee Assistant